Andrew Gould (No. 013234)
Drew C. Ensign (No. 025463)
Dallin B. Holt (No. 037419)
Brennan A.R. Bowen (No. 036639)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
2575 East Camelback Road, Suite 860
Phoenix, Arizona 85016
(602) 388-1262
agould@holtzmanvogel.com
densign@holtzmanvogel.com
dholt@holtzmanvogel.com
bbowen@holtzmanvogel.com
minuteentries@holtzmanvogel.com

Michael D. Berry *(pro hac vice forthcoming)*
Jessica H. Steinmann *(pro hac vice forthcoming)*
Richard P. Lawson *(pro hac vice forthcoming)*
Patricia Nation *(pro hac vice forthcoming)*
AMERICA FIRST POLICY INSTITUTE
1001 Pennsylvania Ave., N.W., Suite 530
Washington, D.C. 2004
(813) 952-8882
mberry@americafirstpolicy.com
jsteinmann@americafirstpolicy.com
rlawson@americafirstpolicy.com
pnation@americafirstpolicy.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| American Encore, an Arizona non-profit corporation; Karen Glennon, an Arizona individual; America First Policy Institute, a non-profit corporation,<br><br>     Plaintiffs,<br>vs.<br><br>Adrian Fontes, in his official capacity as Arizona Secretary of State; Kris Mayes, in her official capacity as Arizona Attorney General; Katie Hobbs, in her official capacity as Governor or Arizona,<br><br>     Defendants. | Case No.:<br><br>**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Plaintiffs, in compliance with the provisions of Rule 7.1(a)(1), Federal Rules of Civil Procedure, a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene in an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

**The filing party hereby declares as follows:**

  X    No such corporation.

 ___   Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.  *(Attach additional pages if needed.)*

_____   Relationship  _____

 ___   Publicly held corporation, not a party to the case, with a financial interest in the outcome.  *List identity of corporation and the nature of financial interest.  (Attach additional pages if needed).*

_____   Relationship  _____

 ___   Other (please explain).

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this 8th day of July 2024.

HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC

By: */s/ Andrew Gould*
    Andrew Gould
    Drew C. Ensign
    Dallin B. Holt
    Brennan A.R. Bowen
    Daniel Tilleman
    2575 E. Camelback Road, Suite 860
    Phoenix, AZ 85016
    *Attorneys for Plaintiff*

1