# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| American Encore, et al., | No. CV-24-01673-PHX-MTL |
| Plaintiffs, | **ORDER** |
| v. | |
| Adrian Fontes, et al., | |
| Defendants. | |

**IT IS ORDERED** setting a status conference for **Friday, July 19, 2024, at 9:00 a.m.** before United States District Judge Michael T. Liburdi in Courtroom 504, Sandra Day O'Connor United States Courthouse, 401 West Washington Street, Phoenix, Arizona, 85003. Counsel must appear in-person.

**IT IS FURTHER ORDERED** that Plaintiffs must serve a copy of this Order on each Defendant no later than **Tuesday, July 16, 2024**. Plaintiffs must then file a notice of compliance no later than **Wednesday, July 17, 2024**.

Dated this 15th day of July, 2024.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge