Andrew Gould (No. 013234)
Drew C. Ensign (No. 025463)
Dallin B. Holt (No. 037419)
Brennan A.R. Bowen (No. 036639)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
2575 East Camelback Road, Suite 860
Phoenix, Arizona 85016
(602) 388-1262
agould@holtzmanvogel.com
densign@holtzmanvogel.com
dholt@holtzmanvogel.com
bbowen@holtzmanvogel.com
minuteentries@holtzmanvogel.com

Michael Berry (*pro hac vice forthcoming*)
Richard P. Lawson (*pro hac vice forthcoming*)
Jessica H. Steinmann (*pro hac vice forthcoming*)
Patricia Nation *(pro hac vice forthcoming)*
AMERICA FIRST POLICY INSTITUTE
1001 Pennsylvania Ave., N.W., Suite 530
Washington, D.C. 2004
(813) 952-8882
rlawson@americafirstpolicy.com
jsteinmann@americafirstpolicy.com
pnation@americafirstpolicy.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| American Encore, an Arizona non-profit corporation; Karen Glennon, an Arizona individual; America First Policy Institute, a non-profit corporation,<br><br>Plaintiffs,<br>vs.<br><br>Adrian Fontes, in his official capacity as Arizona Secretary of State; Kris Mayes, in her official capacity as Arizona Attorney General; Katie Hobbs, in her official capacity as Governor of Arizona,<br>Defendants. | Case No.: CV-24-01673-PHX-MTL<br><br>**PLAINTIFFS' SUPPLEMENTAL ADDENDA TO MOTION FOR PRELIMINARY INJUNCTION** |

1  Comes now Plaintiffs in the above stated matter and files the following as addenda
2  to their Motion for Preliminary Injunction (ECF No. 14). The addenda are as follows:
3  • Addendum 1: Challenged Provisions of Arizona 2023 Elections Procedures
4    Manual;
5  • Addendum 2: Arizona 2023 Elections Procedures Manual

7  Dated this 19th day of July, 2024.

HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC

By: */s/ Andrew Gould*
    Andrew Gould
    Drew C. Ensign
    Dallin B. Holt
    Brennan A.R. Bowen
    2575 E. Camelback Road, Suite 860
    Phoenix, AZ 85016

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of July, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Arizona using the CM/ECF filing system. Counsel for parties that are registered CM/ECF users will be served by the CM/ECF system pursuant to the notice of electronic filing.

<u> s/ Andrew Gould</u>
*Attorney for Plaintiffs*