D. Andrew Gaona (028414)
Austin C. Yost (034602)
**COPPERSMITH BROCKELMAN PLC**
2800 North Central Avenue, Suite 1900
Phoenix, Arizona 85004
T: (602) 381-5486
agaona@cblawyers.com
ayost@cblawyers.com

Sambo (Bo) Dul (030313)
Noah T. Gabrielsen (037161)*
Office of Arizona Governor Katie Hobbs
1700 West Washington Street, 9th Floor
Phoenix, Arizona 85004
T: (602) 542-6578
bdul@az.gov
ngabrielsen@az.gov

*Attorneys for Defendant
Arizona Governor Katie Hobbs*
*Application Forthcoming*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| American Encore, et al., | ) No. 2:24-cv-01673-PHX-MTL |
|---|---|
| Plaintiffs, | ) |
| v. | ) **STIPULATION OF VOLUNTARY DISMISSAL** |
| Adrian Fontes, et al. | ) |
| Defendants. | ) |

This stipulation is entered into between Plaintiffs and Defendant Katie Hobbs, in her official capacity as Governor of Arizona ("Governor Hobbs"). Governor Hobbs has agreed that if either (or both) of the provisions of the 2023 Election Procedure Manual ("EPM") challenged in this case are enjoined by the Court, and the Court also orders the Secretary to promulgate and the Attorney General to approve a new EPM that does nothing other than remove the enjoined provision(s) from the 2023 EPM, the Governor will, in due course, approve such a new EPM

1296759.1

that does nothing other than remove the enjoined provision(s) and that is submitted to her by the Secretary of State.

On this basis, Plaintiffs have agreed to dismiss voluntarily Governor Hobbs as a defendant in this action without prejudice.[1] Each side will bear its own fees and costs.

Pursuant to this stipulation, Plaintiffs and Governor Hobbs respectfully request that this Court dismiss Governor Hobbs from this action.

RESPECTFULLY SUBMITTED this 29th day of July, 2024.

**COPPERSMITH BROCKELMAN PLC**

By /s/ D. Andrew Gaona
  D. Andrew Gaona
  Austin C. Yost

**OFFICE OF ARIZONA GOVERNOR KATIE HOBBS**
  Sambo (Bo) Dul
  Noah T. Gabrielsen*

*Attorneys for Defendant Arizona Governor Katie Hobbs*

*\*Application Forthcoming*

**HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC**

By: /s/ Andrew Gould (w/ permission)
  Andrew Gould
  Drew C. Ensign
  Dallin B. Holt
  Brennan A.R. Bowen

*Attorneys for Plaintiffs*

---

[1] The parties further agree that the Governor's agreement set forth above is no longer effective or enforceable if Plaintiffs amend their complaint to add her back into this case as a party.

- 1 -