**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| American Encore, et al., | ) No. 2:24-cv-01673-PHX-MTL |
| Plaintiffs, | ) |
| v. | ) **ORDER** |
| Adrian Fontes, et al. | ) |
| Defendants. | ) |

The Court has reviewed the parties' Stipulation of Voluntary Dismissal. Good cause appearing, IT IS HEREBY ORDERED granting the stipulation. This matter is dismissed as to Governor Katie Hobbs without prejudice, with the parties to bear their own fees and costs.

1296764.1