# EXHIBIT D

| | |
|---|---|
| 1 | Andrew Gould (No. 013234) |
| 2 | Drew C. Ensign (No. 025463) |
|   | Dallin B. Holt (No. 037419) |
| 3 | Brennan A.R. Bowen (No. 036639) |
|   | HOLTZMAN VOGEL BARAN |
| 4 | TORCHINSKY & JOSEFIAK PLLC |
|   | 2575 East Camelback Road, Suite 860 |
| 5 | Phoenix, Arizona 85016 |
|   | (602) 388-1262 |
| 6 | agould@holtzmanvogel.com |
| 7 | densign@holtzmanvogel.com |
|   | dholt@holtzmanvogel.com |
| 8 | bbowen@holtzmanvogel.com |
|   | minuteentries@holtzmanvogel.com |
| 9 | |
| 10 | Michael D. Berry *(pro hac vice forthcoming)* |
|    | Jessica H. Steinmann *(pro hac vice forthcoming)* |
| 11 | Richard P. Lawson *(pro hac vice forthcoming)* |
|    | Patricia Nation *(pro hac vice forthcoming)* |
| 12 | AMERICA FIRST POLICY INSTITUTE |
|    | 1001 Pennsylvania Ave., N.W., Suite 530 |
| 13 | Washington, D.C. 2004 |
|    | (813) 952-8882 |
| 14 | mberry@americafirstpolicy.com |
| 15 | jsteinmann@americafirstpolicy.com |
|    | rlawson@americafirstpolicy.com |
| 16 | pnation@americafirstpolicy.com |

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| American Encore, an Arizona non-profit corporation; Karen Glennon, an Arizona individual; America First Policy Institute, a non-profit corporation,<br><br>Plaintiffs,<br>vs.<br><br>Adrian Fontes, in his official capacity as Arizona Secretary of State; Kris Mayes, in her official capacity as Arizona Attorney General; Katie Hobbs, in her official capacity as Governor or Arizona,<br><br>Defendants. | Case No.: 2:24-CV-01673-MTL<br><br>**CATHARINE CYPHER'S DECLARATION ON BEHALF OF AMERICA FIRST POLICY INSTITUTE** |

I, Catharine Cypher, declare as follows:

1. I am the Deputy Chief of Staff at America First Policy Institute ("AFPI"), which is a 501(c)(3) non-profit organization. I am authorized to make these statements on behalf of AFPI.

2. I am competent to testify as to the matters contained herein and make this declaration based on my own personal knowledge and AFPI's records created in the normal course of business.

3. I have reviewed AFPI's pleadings, as well as other pleadings in the case, and am generally familiar with their contents.

4. AFPI works in Arizona on issues related to legislation and public policy; promoting voting in elections; and raising voter awareness on important issues, including issues that are on the ballot for any given election.

5. AFPI has about 300,000 members nationwide, who are widely dispersed throughout the United States. Individuals can elect to become members by specifically signing up as members through AFPI's website and through other channels.

6. Individuals who elect to become members through AFPI's website use a form that can be found at https://americafirstpolicy.com/about. The form is titled "Join the Movement" and specifically indicates that "By providing your information, you become a member of America First Policy Institute[.]" Anyone who completes the form thus affirmatively indicates their intention to become a member of AFPI.

7. AFPI regards all such individuals that sign up through AFPI's website as members of the organization.

8. AFPI has approximately 2640 active members in Arizona. AFPI's members are distributed throughout the State and reside in all of Arizona's 15 counties.

9. A substantial portion of AFPI's members are registered voters. Although AFPI does not track such information, based on my experiences with AFPI's members, I conservatively estimate that, as a general matter, approximately more than half of AFPI's members are registered voters. The true number is most likely much higher.

10. All of AFPI's members in Arizona that are registered voters face potential disenfranchisement under the Vote Nullification Provision. All such members also suffer injury from having their right to vote being made contingent on whether their county board of supervisors certifies election results.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 2nd day of August 2024.

By: /s/ Catharine Cypher
Catharine Cypher, Deputy Chief of Staff
America First Policy Institute

3