Andrew Gould (No. 013234)
Drew C. Ensign (No. 025463)
Dallin B. Holt (No. 037419)
Brennan A.R. Bowen (No. 036639)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
2575 East Camelback Road, Suite 860
Phoenix, Arizona 85016
(602) 388-1262
agould@holtzmanvogel.com
densign@holtzmanvogel.com
dholt@holtzmanvogel.com
bbowen@holtzmanvogel.com
minuteentries@holtzmanvogel.com

Michael Berry (*pro hac vice*)
Richard P. Lawson (*pro hac vice*)
Jessica H. Steinmann (*pro hac vice*)
Patricia Nation *(pro hac vice)*
AMERICA FIRST POLICY INSTITUTE
1001 Pennsylvania Ave., N.W., Suite 530
Washington, D.C. 2004
(813) 952-8882
mberry@americafirstpolicy.com
rlawson@americafirstpolicy.com
jsteinmann@americafirstpolicy.com
pnation@americafirstpolicy.com
*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| American Encore, an Arizona non-profit corporation; Karen Glennon, an Arizona individual; America First Policy Institute, a non-profit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>Adrian Fontes, in his official capacity as Arizona Secretary of State; Kris Mayes, in her official capacity as Arizona Attorney General; Katie Hobbs, in her official capacity as Governor or Arizona,<br><br>Defendants. | Case No.: CV-24-01673-PHX-MTL<br><br>**NOTICE OF APPELLATE STATUS OF STATE CASE RELATED TO COUNT TWO**<br><br>(Hon. Michael T. Liburdi) |

On September 11, 2024, Defendants filed Notice Of Appellate Status Of State Case Related To Count Two, ECF No 52, whereby the Defendants notified this Court of that Defendants filed an opening brief, as well as a motion to stay the superior court's preliminary injunction pending appeal (or alternatively to expedite briefing) in the State Case. *Id.* Defendants also informed this court that the Arizona Court of Appeals issued an order requiring the plaintiffs to file any response to the motion by September 18, which order they attached to their notice.

This notice provides the further updates that plaintiffs timely filed their opposition brief to defendants motion to stay or expedite proceedings. Additionally, the documents mentioned in Defendant's Notice, ECF No. 52, and here are attached as follows; (1) Defendants' Opening Brief (attached as **Exhibit 1**); (2) Defendants Motion to Stay or, Alternatively, Expedite Proceedings, Brief (attached as **Exhibit 2**); and (3) Plaintiffs' Opposition to Defendants' Motion to Stay or Expedite Brief, (attached as **Exhibit 3**).

The docket for the Arizona Court of Appeals case is public but not always current. See https://apps.azcourts.gov/aacc/appella/1CA/CV/CV240667.PDF. Plaintiffs are happy to provide more detail about the case if the Court wishes.

Dated this 23rd day of September 2024.

        HOLTZMAN VOGEL BARAN
        TORCHINSKY & JOSEFIAK PLLC

        By: */s/ Andrew Gould*
            Andrew Gould
            Drew C. Ensign
            Dallin B. Holt
            Brennan A.R. Bowen
            2575 E. Camelback Road, Suite 860
            Phoenix, AZ 85016
            *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of September 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Arizona using the CM/ECF filing system. Counsel for parties that are registered CM/ECF users will be served by the CM/ECF system pursuant to the notice of electronic filing.

/s/ Andrew Gould
*Attorney for Plaintiffs*