1  **KRISTIN K. MAYES**
   **ATTORNEY GENERAL**
2  (Firm State Bar No. 14000)
3
4  Nathan T. Arrowsmith (No. 031165)
   Joshua M. Whitaker (No. 032724)
5  Luci D. Davis (No. 035347)
   Shannon Hawley Mataele (No. 029066)
6  Office of the Arizona Attorney General
   2005 N. Central Avenue
7  Phoenix, AZ 85004-1592
   (602) 542-3333
8  Nathan.Arrowsmith@azag.gov
9  Joshua.Whitaker@azag.gov
   Luci.Davis@azag.gov
10 Shannon.Mataele@azag.gov
11 ACL@azag.gov

12 *Attorneys for Arizona Attorney General*
   *Kristin K. Mayes*
13

14

15

16               **UNITED STATES DISTRICT COURT**

17                    **DISTRICT OF ARIZONA**

| | |
|---|---|
| American Encore, an Arizona non-profit corporation; Karen Glennon, an Arizona individual; America First Policy Institute, a non-profit corporation,<br><br>Plaintiffs,<br>v.<br><br>Adrian Fontes, in his official capacity as Arizona Secretary of State; Kris Mayes, in her official capacity as Arizona Attorney General; Katie Hobbs, in her official capacity as Governor of Arizona,<br><br>Defendants. | No. CV-24-01673-PHX-MTL<br><br>**NOTICE OF SECRETARY OF STATE'S DECLARATION AND APPELLATE STATUS OF STATE CASE RELATED TO COUNT TWO**<br><br>(Hon. Michael T. Liburdi) |

On September 11, Defendants provided this Court an update about the State Case that relates to Count Two. *See* Doc. 52. The update summarized proceedings in the Arizona Court of Appeals. Specifically:

- Defendants filed an opening brief.
- Defendants filed a motion to stay the superior court's preliminary injunction pending appeal (or alternatively to expedite briefing).
- The Arizona Court of Appeals ordered the plaintiffs to file any response to the motion by September 18, and ordered Defendants to file any reply by September 23. *Id.*

Since then, Plaintiffs provided a further update, explaining that they responded to Defendants' motion for a stay in the Arizona Court of Appeals on September 18. *See* Doc. 58. Plaintiffs also attached the briefs to date in the Arizona Court of Appeals. *Id.*

Defendants now provide another update. Yesterday, Defendants filed a reply supporting their motion for a stay in the Arizona Court of Appeals. The reply is attached hereto as **Exhibit A**. The reply includes a declaration from Secretary of State Adrian Fontes, in which he confirmed his view that "Section III(D) is not a binding prohibition on the speech of the general public." Ex. A, Exhibit 1 thereto, at ¶ 4. The reply also reiterates Defendants' request that the Arizona Court of Appeals "consider and rule on the stay request before October 9." Ex. A, pg. 35.

RESPECTFULLY SUBMITTED this 24th day of September, 2024.

**KRISTIN K. MAYES**
**ATTORNEY GENERAL**

By /s/ *Joshua M. Whitaker*
Nathan T. Arrowsmith
Joshua M. Whitaker
Luci D. Davis
Shannon Hawley Mataele
Office of the Arizona Attorney General
2005 N. Central Ave.
Phoenix, Arizona 85004

1

*Attorneys for Arizona Attorney General Kristin K. Mayes*

2