**KRISTIN K. MAYES**
**ATTORNEY GENERAL**
Firm State Bar No. 14000

Nathan T. Arrowsmith (No. 031165)
Joshua M. Whitaker (No. 032724)
Luci D. Davis (No. 035347)
Shannon Hawley Mataele (No. 029066)
Office of the Arizona Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004-1592
(602) 542-3333
Nathan.Arrowsmith@azag.gov
Joshua.Whitaker@azag.gov
Luci.Davis@azag.gov
Shannon.Mataele@azag.gov
ACL@azag.gov

*Attorneys for Defendant Arizona*
*Attorney General Kristin K. Mayes*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| American Encore, an Arizona non-profit corporation; Karen Glennon, an Arizona individual; America First Policy Institute, a non-profit corporation,<br><br>                    Plaintiffs,<br><br>v.<br><br>Adrian Fontes, in his official capacity as Arizona Secretary of State; and Kris Mayes, in her official capacity as Arizona Attorney General,<br><br>                    Defendants. | No. CV-24-01673-PHX-MTL<br><br>**REPRESENTATION STATEMENT** |

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b), Defendants/Appellants Arizona Secretary of State Adrian Fontes and Arizona Attorney General Kristin Mayes provide the following list of the parties to this action, and identify their counsel by name, firm, address, telephone number, and email address.

**Attorneys for Plaintiffs/Appellees American Encore, America First Policy Institute, and Karen Glennon:**

Andrew Gould (No. 013234)
Drew C. Ensign (No. 025463)
Dallin B. Holt (No. 037419)
Brennan A.R. Bowen (No. 036639)
Holtzman Vogel Baran
Torchinsky & Josefiak PLLC
2575 East Camelback Road, Suite 860
Phoenix, Arizona 85016
(602) 388-1262
agould@holtzmanvogel.com
densign@holtzmanvogel.com
dholt@holtzmanvogel.com
bbowen@holtzmanvogel.com
minuteentries@holtzmanvogel.com

Michael Berry (*pro hac vice*)
Richard P. Lawson (*pro hac vice*)
Jessica H. Steinmann (*pro hac vice*)
Patricia Nation *(pro hac vice)*
AMERICA FIRST POLICY INSTITUTE
1001 Pennsylvania Ave., N.W., Suite 530
Washington, D.C. 2004
(813) 952-8882
mberry@americafirstpolicy.com
rlawson@americafirstpolicy.com
jsteinmann@americafirstpolicy.com
pnation@americafirstpolicy.com

**Attorneys for Defendant/Appellant Attorney General Kristin Mayes:**

Nathan T. Arrowsmith (No. 031165)
Joshua M. Whitaker (No. 032724)
Luci D. Davis (No. 035347)
Shannon Hawley Mataele (No. 029066)
Office of the Arizona Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004-1592
(602) 542-3333
Nathan.Arrowsmith@azag.gov
Joshua.Whitaker@azag.gov
Luci.Davis@azag.gov
Shannon.Mataele@azag.gov
ACL@azag.gov

**Attorneys for Defendant/Appellant Secretary of State Adrian Fontes:**

Karen J. Hartman-Tellez (No. 021121)
Kara Karlson (No. 029407)
Kyle Cummings (No. 032228)
Office of the Arizona Attorney General
2005 North Central Avenue
Phoenix, AZ 85004-1592
Telephone (602) 542-8323
Karen.Hartman@azag.gov
Kara.Karlson@azag.gov
Kyle.Cummings@azag.gov
adminlaw@azag.gov