**KRISTIN K. MAYES**
**ATTORNEY GENERAL**
Firm State Bar No. 14000

Nathan T. Arrowsmith (No. 031165)
Joshua M. Whitaker (No. 032724)
Luci D. Davis (No. 035347)
Shannon Hawley Mataele (No. 029066)
Office of the Arizona Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004-1592
(602) 542-3333
Nathan.Arrowsmith@azag.gov
Joshua.Whitaker@azag.gov
Luci.Davis@azag.gov
Shannon.Mataele@azag.gov
ACL@azag.gov

*Attorneys for Defendant Arizona Attorney General Kristin K. Mayes*

*(Additional Attorneys on Signature Page)*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| American Encore, an Arizona non-profit corporation; Karen Glennon, an Arizona individual; America First Policy Institute, a non-profit corporation, <br><br> Plaintiffs, <br><br> v. <br><br> Adrian Fontes, in his official capacity as Arizona Secretary of State; and Kris Mayes, in her official capacity as Arizona Attorney General, <br><br> Defendants. | No. CV-24-01673-PHX-MTL <br><br> **NOTICE OF APPEAL OF PRELIMINARY INJUNCTION** |

Defendants Arizona Secretary of State Adrian Fontes and Arizona Attorney General Kristin Mayes hereby appeal to the United States Court of Appeals for the Ninth Circuit the grant of preliminary injunctive relief as set forth in the Order entered in the above-captioned action on September 27, 2024 (Doc. 62), which is attached hereto as Exhibit A. Defendants' Representation Statement, required by Ninth Circuit Rule 3-2(b), is attached to this Notice as Exhibit B.

RESPECTFULLY SUBMITTED this 28th day of October, 2024.

**KRISTIN K. MAYES**
**ATTORNEY GENERAL**

*/s/ Joshua M. Whitaker*
Nathan T. Arrowsmith
Joshua M. Whitaker
Luci D. Davis
Shannon Hawley Mataele
Assistant Attorneys General
*Attorneys for Defendant Arizona Attorney General Kristin K. Mayes*

*/s/ Karen J. Hartman-Tellez (w/permission)*
Karen J. Hartman-Tellez
Kara Karlson
Kyle Cummings
Assistant Attorneys General
*Attorneys for Defendant Arizona Secretary of State Adrian Fontes*