Andrew Gould (No. 013234)
Dallin B. Holt (No. 037419)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
2555 East Camelback Road, Suite 700
Phoenix, Arizona 85016
(602) 388-1262
agould@holtzmanvogel.com
densign@holtzmanvogel.com
dholt@holtzmanvogel.com
minuteentries@holtzmanvogel.com

Michael Berry (*pro hac vice granted*)
Richard P. Lawson (*pro hac vice granted*)
Jessica H. Steinmann (*pro hac vice granted*)
Patricia Nation *(pro hac vice granted)*
AMERICA FIRST POLICY INSTITUTE
1001 Pennsylvania Ave., N.W., Suite 530
Washington, D.C. 2004
(813) 952-8882
mberry@americafirstpolicy.com
rlawson@americafirstpolicy.com
jsteinmann@americafirstpolicy.com
pnation@americafirstpolicy.com

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| American Encore, an Arizona non-profit corporation; Karen Glennon, an Arizona individual; America First Policy Institute, a non-profit corporation,<br><br>　　　　　　Plaintiffs,<br>vs.<br><br>Adrian Fontes, in his official capacity as Arizona Secretary of State; Kris Mayes, in her official capacity as Arizona Attorney General; Katie Hobbs, in her official capacity as Governor or Arizona,<br>　　Defendants. | Case No.: CV-24-01673-PHX-MTL<br><br>**Notice of Withdrawal of Counsel Within Firm** |

Please be advised that Michael Berry has resigned from the law firm of America First Policy Institute. He will no longer be representing Plaintiffs American Encore, Karen Glennon, and America First Policy Institute. Counsel requests the Court to withdraw Mr. Berry's appearance on behalf of Plaintiffs, and requests that his name be removed from all mailing and service lists in this matter.

Plaintiffs will continue to be represented by Holtzman Vogel Baran Torchinsky & Josefiak, PLLC through Andrew Gould, and Dallin Holt, who already appear as attorneys of record in this matter as well as Richard P. Lawson, Jessica Steinmann and Patricia Nation who have been admitted *pro hac vice*.

Dated this 24th day of January 2025.

        AMERICA FIRST POLICY INSTITUTE

        By: */s/ Michael Berry*
           Michael Berry
           1001 Pennsylvania Ave., N.W., Suite 530
           Washington, D.C. 2004

        Michael Berry (*pro hac vice granted*)
        Richard P. Lawson (*pro hac vice granted*)
        Jessica H. Steinmann (*pro hac vice granted*)
        Patricia Nation *(pro hac vice granted)*
        AMERICA FIRST POLICY INSTITUTE
        1001 Pennsylvania Ave., N.W., Suite 530
        Washington, D.C. 2004
        (813) 952-8882
        mberry@americafirstpolicy.com
        rlawson@americafirstpolicy.com
        jsteinmann@americafirstpolicy.com
        pnation@americafirstpolicy.com

        *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of January 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Arizona using the CM/ECF filing system. Counsel for parties that are registered CM/ECF users will be served by the CM/ECF system pursuant to the notice of electronic filing.

/s/ Michael Berry

*Attorney for Plaintiffs*