1  Andrew Gould (No. 013234)
2  Dallin B. Holt (No. 037419)
   HOLTZMAN VOGEL BARAN
3  TORCHINSKY & JOSEFIAK PLLC
   2555 East Camelback Road, Suite 700
4  Phoenix, Arizona 85016
   (602) 388-1262
5  agould@holtzmanvogel.com
   densign@holtzmanvogel.com
6  dholt@holtzmanvogel.com
   minuteentries@holtzmanvogel.com
7
8  Richard P. Lawson (*pro hac vice granted*)
   Jessica H. Steinmann (*pro hac vice granted*)
9  Patricia Nation *(pro hac vice granted)*
   AMERICA FIRST POLICY INSTITUTE
10 1001 Pennsylvania Ave., N.W., Suite 530
   Washington, D.C. 2004
11 (813) 952-8882
12 rlawson@americafirstpolicy.com
   jsteinmann@americafirstpolicy.com
13 pnation@americafirstpolicy.com

14 *Attorneys for Plaintiffs*

15                **IN THE UNITED STATES DISTRICT COURT**
16                      **FOR THE DISTRICT OF ARIZONA**
17

| American Encore, an Arizona non-profit corporation; Karen Glennon, an Arizona individual; America First Policy Institute, a non-profit corporation, | Case No.: CV-24-01673-PHX-MTL |
|---|---|
| Plaintiffs, | **Notice of Withdrawal of Counsel Within Firm** |
| vs. | |
| Adrian Fontes, in his official capacity as Arizona Secretary of State; Kris Mayes, in her official capacity as Arizona Attorney General; Katie Hobbs, in her official capacity as Governor or Arizona, Defendants. | |

Please be advised that Richard P. Lawson has resigned from the law firm of America

1  First Policy Institute. He will no longer be representing Plaintiffs American Encore, Karen
2  Glennon, and America First Policy Institute. Counsel requests the Court to withdraw Mr.
3  Lawson's appearance on behalf of Plaintiffs, and requests that his name be removed from
4  all mailing and service lists in this matter.

5  Plaintiffs will continue to be represented by Holtzman Vogel Baran Torchinsky &
6  Josefiak, PLLC through Andrew Gould, and Dallin Holt, who already appear as attorneys
7  of record in this matter as well as Jessica Steinmann and Patricia Nation who have been
8  admitted *pro hac vice*.

9  Dated this 10th day of February 2025.

AMERICA FIRST POLICY INSTITUTE

By: */s/ Richard P. Lawson*
    Richard P. Lawson
    1001 Pennsylvania Ave., N.W., Suite 530
    Washington, D.C. 2004




Richard P. Lawson (*pro hac vice granted*)
Jessica H. Steinmann (*pro hac vice granted*)
Patricia Nation *(pro hac vice granted)*
AMERICA FIRST POLICY INSTITUTE
1001 Pennsylvania Ave., N.W., Suite 530
Washington, D.C. 2004
(813) 952-8882
rlawson@americafirstpolicy.com
jsteinmann@americafirstpolicy.com
pnation@americafirstpolicy.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of February 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Arizona using the CM/ECF filing system. Counsel for parties that are registered CM/ECF users will be served by the CM/ECF system pursuant to the notice of electronic filing.

                                    /s/ Richard Lawson

                                    *Attorney for Plaintiffs*