1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

8
9
10
11
12
13
14
15
16
17
18
19

| | |
|---|---|
| American Encore, an Arizona non-profit corporation; Karen Glennon, an Arizona individual; America First Policy Institute, a non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Adrian Fontes, in his official capacity as Arizona Secretary of State; Kris Mayes, in her official capacity as Arizona Attorney General; Katie Hobbs, in her official capacity as Governor of Arizona,<br><br>Defendants. | No. CV-24-01673-PHX-MTL<br><br>**(PROPOSED) ORDER STAYING PROCEEDINGS AND DEADLINES PENDING APPEAL** |

20
21
22
23
24
25
26
27
28

The Court has reviewed Defendants' Motion to Stay Proceedings and Deadlines Pending Appeal, Doc. ___, along with the response, Doc. ___, and reply, Doc. ___. For good cause appearing,

**IT IS ORDERED** that the Motion (Doc. __) is **granted**.

**IT IS FURTHER ORDERED** staying deadlines in this matter until the U.S. Court of Appeals for the Ninth Circuit rules on the interlocutory appeal of the preliminary injunction and the denial of Defendants' abstention motion in cause No. 24-6703.

**IT IS FURTHER ORDERED** that the parties shall submit a joint report outlining next steps for this case within 21 days after the Ninth Circuit issues a ruling on Defendants' interlocutory appeal.

DATED this _____ day of _____, 2025.

_____
The Honorable Michael T. Liburdi
United States District Judge