1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8

9    American Encore, et al.,                          No. CV-24-01673-PHX-MTL

10              Plaintiffs,                             **ORDER**

11    v.

12    Adrian Fontes, et al.,

13              Defendants.

14

15        Having considered the parties' Joint Status Report and Request to Continue Stay of

16   Proceedings (Doc. 81), and good cause appearing,

17        **IT IS ORDERED** staying deadlines in this matter until further order of the Court.

18        **IT IS FURTHER ORDERED** that the parties must submit a joint status report on

19   or before **January 15, 2026**, describing the extent to which the parties have resolved the

20   case. If any part of the case remains unresolved, the parties must propose a schedule for

21   further proceedings.

22        Dated this 17th day of October, 2025.

23
24
25                                              Michael T. Liburdi
                                                United States District Judge
26
27
28