**KRISTIN K. MAYES**
**ATTORNEY GENERAL**
(Firm State Bar No. 14000)

Nathan T. Arrowsmith (No. 031165)
Joshua M. Whitaker (No. 032724)
Luci D. Davis (No. 035347)
Office of the Arizona Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004-1592
(602) 542-3333
Nathan.Arrowsmith@azag.gov
Joshua.Whitaker@azag.gov
Luci.Davis@azag.gov
ACL@azag.gov

*Attorneys for Arizona Attorney General*
*Kristin K. Mayes*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| American Encore, an Arizona non-profit corporation; Karen Glennon, an Arizona individual; America First Policy Institute, a non-profit corporation, | No. CV-24-01673-PHX-MTL |
| Plaintiffs, | **STIPULATION OF DISMISSAL** |
| v. | |
| Adrian Fontes, in his official capacity as Arizona Secretary of State; Kris Mayes, in her official capacity as Arizona Attorney General; Katie Hobbs, in her official capacity as Governor of Arizona, | |
| Defendants. | |

The parties hereby dismiss this action by "a stipulation of dismissal signed by all parties who have appeared."  Fed. R. Civ. P. 41(a)(1)(A)(ii).

This case was about the version of Arizona's Elections Procedures Manual that the Secretary of State issued at the end of 2023 (the "2023 Manual").[1]  On December 22, 2025, the Secretary of State issued a new version of the Manual (the "2025 Manual").[2] The 2025 Manual has replaced the 2023 Manual.

This case was specifically about two provisions in the 2023 Manual.  The first provision was Chapter 9, § III.D, titled "Preventing Voter Intimidation."  (2023 Manual, pp. 181–83.)   This provision has been significantly revised in the 2025 Manual. (*Compare* 2023 Manual, pp. 181–83, *with* 2025 Manual, pp. 203–05.)

The second provision in the 2023 Manual at issue in this case was Chapter 13, § II.B.2, titled "Scope of Duty to Canvass."  (2023 Manual, p. 252.)  This provision has been significantly revised in the 2025 Manual.  (*Compare* 2023 Manual, p. 252, *with* 2025 Manual, p. 283.)

Given the differences between the 2023 Manual and 2025 Manual, the parties jointly stipulate to dismissal of this action.  The parties agree to bear their own costs and attorneys' fees.  A court order is not necessary for the dismissal.  Fed. R. Civ. P. 41(a)(1)(A)(ii).

---

[1] Available online at https://apps.azsos.gov/election/files/epm/2023/EPM_20231231_Final_Edits_to_Cal_1_11_2024.pdf.

[2] Available online at https://apps.azsos.gov/election/files/epm/2025/Election-Procedures-Manual-2025--FINAL-12-22-25.pdf.

RESPECTFULLY SUBMITTED this 9th day of January, 2026.

**KRISTIN K. MAYES**
**ATTORNEY GENERAL**


By /s/ *Nathan T. Arrowsmith*
    Nathan T. Arrowsmith
    Joshua M. Whitaker
    Luci D. Davis
    Office of the Arizona Attorney General
    2005 N. Central Ave.
    Phoenix, Arizona 85004

*Attorneys for Arizona Attorney General Kristin*
    *K. Mayes*

By /s/ *Karen J. Hartman-Tellez (with*
*permission)*
    Kara Karlson
    Karen J. Hartman-Tellez
    Kyle Cummings
    Office of the Arizona Attorney General
    2005 N. Central Ave.
    Phoenix, Arizona 85004

*Attorneys for Arizona Secretary of State Adrian*
    *Fontes*


**HOLTZMAN VOGEL BARAN**
**TORCHINSKY & JOSEFIAK PLLC**

By /s/ *Emily Gould (with permission)*
    Andrew Gould
    Emily Gould
    Erica Leavitt
    2555 E. Camelback Road, Suite 7000
    Phoenix, AZ 85016

*Attorneys for Plaintiffs*