IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| American Encore, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>Adrian Fontes, et al.,<br><br>  Defendants. | No. CV-24-01673-PHX-MTL<br><br>**ORDER** |

Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, and the Stipulation of the Parties (Doc. 83),

**IT IS ORDERED** that the Clerk of Court must terminate this case.

Dated this 9th day of January, 2026.

Michael T. Liburdi
United States District Judge